IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

PATRICK GREER and
TRACEY GREER,

    Plaintiffs,

v.                                                   Case No. 2:21-cv-2474-MSN-tmp
                                                       JURY DEMAND

WASTE CONNECTIONS OF TENNESSEE, INC.,
PATRICK E. WATT, and
JOHN/JANE DOES 1-5,

    Defendants.

**ORDER REFERRING DEFENDANTS' MOTIONS TO EXCLUDE**

Before the Court are 14 motions filed by Defendants seeking to exclude the testimony of or other evidence from Plaintiffs' experts in this matter, which are set forth in the following table ("Defendants' Motions to Exclude"):

| **ECF Number** | **Motion Title** |
|---|---|
| 198 | (#1) Defendants' Motion in Limine to Exclude All Non-Retained Experts Undisclosed under Rule 26(a) |
| 200 | (#3) Defendants' Motion in Limine to Exclude Expert Testimony and Report of Plaintiffs'' Orthopedic Expert, Kenneth Weiss, M.D. |
| 206 | (#5) Defendants' Motion in Limine to Exclude the Testimony of Barry Peak as an Expert Witness pursuant to Fed. R. Evid. 702 |
| 207 | (#6) Defendants' Motion in Limine to Exclude the Testimony of Frederick Davidson as an Expert Witness pursuant to Fed. R. Evid. 702 |
| 208 | (#7) Defendants' Motion in Limine Regarding Cumulative Expert Testimony of Frederick Davidson and Barry Peak |
| 191 | Defendants Motion in Limine No. 9 Regarding Cumulative Expert Testimony of Erin Bigler Ph.D. and Robert Thoma, Ph. D. |

| 192 | (#10) Defendants Waste Connections of Tennessee, Inc. and Patrick Watt's Motion to Exclude Testimony of Plaintiffs' Expert Erin Bigler, Ph.D. pursuant to Federal Rule of Evidence 702 |
|---|---|
| 199 | (#15) Defendant, Waste Connections of Tennessee, Inc's, Motion to Exclude Testimony of Plaintiff's Expert Jeffrey Lewine pursuant to Federal Rule of Evidence 702 |
| 201 | (#16) Defendants' Motion in Limine to Exclude Expert Testimony and Report of Plaintiffs' Neuroradiological Expert, Travis Snyder, D.O. |
| 209 | (#19) Defendants' Motion in Limine to Exclude the Testimony of Todd Casselman as an Expert Witness Pursuant to Fed. R. Evid. 702 |
| 211 | (#20) Defendants' Motion to Exclude the Testimony of Michael Kitchens as an Expert Witness pursuant to Fed. R. Evid. 702 |
| 212 | (#20) Defendants' Motion to Exclude the Testimony of Jeffrey Kidd as an Expert Witness pursuant to Fed. R. Evid. 702 |
| 216 | Motion in Limine/Daubert to Exclude and/or Strike the Testimony and Report of Dr. Susan Swint and for Attorney Fees |
| 217 | Motion in Limine/Daubert to Exclude and/or Strike the Testimony and Report of Ms. Crawford |

Defendants' Motions to Exclude, set forth above, are hereby **REFERRED** to the Chief United States Magistrate Judge for determination or for proposed findings and recommendation, as appropriate.

**IT IS SO ORDERED**, this 30th day of August, 2023.

*s/ Mark S. Norris*
MARK S. NORRIS
UNITED STATES DISTRICT JUDGE