IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | | |
|---|---|---|
| PATRICK GREER and | ) | |
| TRACEY GREER, | ) | |
| | ) | |
|     Plaintiffs, | ) | |
| | ) | |
| v. | ) | No. 21-cv-2474-MSN-tmp |
| | ) | |
| WASTE CONNECTIONS OF TENNESSEE, | ) | |
| INC., PATRICK E WATT, and | ) | |
| JOHN/JANE DOES 1–5, | ) | |
| | ) | |
|     Defendants. | ) | |

ORDER DENYING AS MOOT DEFENDANTS' MOTION TO EXCLUDE THE
TESTIMONY OF FREDERICK DAVIDSON AS AN EXPERT WITNESS

Before the court is the defendants' motion in limine to exclude the testimony of Frederick Davidson as an expert witness. (ECF No. 207.) The motion was referred to the undersigned. (ECF No. 250.) In the plaintiffs' response, counsel for the plaintiff represented that they do not intend to call Davidson at trial. (ECF No. 223. at PageID 5603.) Therefore, the defendants' motion is DENIED as moot.

    IT IS SO ORDERED.

                    s/Tu M. Pham
                    TU M. PHAM
                    Chief United States Magistrate Judge

                    November 21, 2023
                    Date