IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| PATRICK GREER and TRACEY GREER, | ) ) ) |
| Plaintiffs, | ) ) ) |
| v. | )   No. 21-cv-2474-MSN-tmp ) |
| WASTE CONNECTIONS OF TENNESSEE, INC., PATRICK E WATT, and JOHN/JANE DOES 1-5, | ) ) ) ) |
| Defendants. | ) |

**ORDER GRANTING DEFENDANTS' MOTION IN LIMINE REAGRDING CUMULATIVE EXPERT TESTIMONY OF FREDERICK DAVIDSON AND BARRY PEAK**

Before the court is the defendants' motion in limine regarding the cumulative expert testimony of Frederick Davidson and Barry Peak. (ECF No. 208.) The motion was referred to the undersigned. (ECF No. 250.) In the plaintiffs' response, counsel for the plaintiff represented that they do not intend to call Davidson at trial. (ECF No. 223. at PageID 5603.) Therefore, the defendants' motion is GRANTED.

IT IS SO ORDERED.

s/Tu M. Pham
TU M. PHAM
Chief United States Magistrate Judge

November 21, 2023
Date