```
           IN THE UNITED STATES DISTRICT COURT
          FOR THE WESTERN DISTRICT OF TENNESSEE
                     WESTERN DIVISION
```

| | |
|---|---|
| PATRICK GREER and ) | |
| TRACEY GREER, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | No. 21-cv-2474-MSN-tmp |
| ) | |
| WASTE CONNECTIONS OF TENNESSEE, ) | |
| INC., PATRICK E WATT, and ) | |
| JOHN/JANE DOES 1-5, ) | |
| ) | |
| Defendants. ) | |

**ORDER GRANTING ITEM NO. 6 OF PLAINTIFFS' MOTION IN LIMINE**

Before the court is plaintiffs Patrick Greer and Tracey Greer's Motion in Limine that contains several items for the court's consideration. (ECF No. 188.) Item Nos. 3, 4, 5, 6, and 8 were referred to the undersigned. (ECF No. 249.) In Item No. 6, the plaintiffs request that the court prohibit Dr. Chalela from commenting or opining upon Mr. Greer's magnetoencephalography ("MEG") testing. (ECF No. 188 at PageID 3439.) The defendants have no objection to excluding Dr. Chalela's opinion as to the MEG testing. Therefore, the plaintiffs' motion regarding Item No. 6 is GRANTED.

IT IS SO ORDERED.

                                                    s/Tu M. Pham  
                                                    TU M. PHAM  
                                                    Chief United States Magistrate Judge

                                                    November 21, 2023  
                                                    Date